UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN & DRYER GROUP, INC., a Kentucky corporation,<br><br>                              Plaintiff,<br><br>        v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation,<br><br>                              Defendants. | NO. 2:23-cv-00814-KKE<br><br>**ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND RELATED DATES** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Continue the Trial Date and Related Dates. Dkt. No. 21. The Court having examined the Motion, the parties' pleadings, and finding good cause hereby **ORDERS THAT:**

(1) The Stipulated Motion to Continue Trial Date and Related Dates is **GRANTED**;

(2) Trial is rescheduled to July 28, 2025; and

(3) A new scheduling order resetting all other pre-trial deadlines that have not already lapsed will be issued.

Dated this 23rd of July, 2024.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge