UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN & DRYER GROUP INC, <br><br> Plaintiff & Counterclaim Defendant, <br> v. <br><br> ASH GROVE CEMENT COMPANY, <br><br> Defendant & Counterclaimant. | CASE NO. C23-0814-KKE <br><br> ORDER ON STIPULATED MOTION FOR DEFENDANT TO FILE AN AMENDED ANSWER |

This matter comes before the Court on the parties' stipulated motion for Defendant and Counterclaim Claimant Ash Grove Cement Company to file an amended answer with affirmative defenses and counterclaim.  Dkt. No. 24.

The Court GRANTS the parties' stipulated motion.  Dkt. No. 24.

Defendant shall file a clean copy of the amended answer (Dkt. No. 24 at 5–16) by August 28, 2024.

Dated this 26th day of August, 2024.

Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATED MOTION FOR DEFENDANT TO FILE AN AMENDED ANSWER - 1