UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN and DRYER GROUP INC, <br><br> Plaintiff(s), <br> v. <br><br> ASH GROVE CEMENT COMPANY, <br><br> Defendant(s). | CASE NO. C23-0814-KKE <br><br> ORDER GRANTING STIPULATED CONTINUANCE |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 32. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 23) are VACATED. The Court will issue an amended case schedule based on a new trial date of January 26, 2026, consistent with the Court's standard case schedule. *See* Dkt. No. 18.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 12th day of December, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED CONTINUANCE - 1