UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN & DRYER GROUP INC,<br>Plaintiff,<br><br>v.<br><br>ASH GROVE CEMENT COMPANY,<br>Defendant. | CASE NO. C23-0814-KKE<br><br>ORDER GRANTING STIPULATED<br>CONTINUANCE |

The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 35. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The unexpired deadlines in the previous case schedule (Dkt. No. 34) are VACATED. The Court will issue an amended case schedule based on the Court's availability and the parties' request for a trial date after May 27, 2026, and consistent with the Court's standard case schedule. *See* Dkt. No. 18. The Court will adopt the parties' agreed deadline to exchange Rule 26(a)(2) expert disclosures as August 1, 2025. Dkt. No. 35 at 3.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact Courtroom Deputy Diyana Staples at diyana_staples@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

Dated this 25th day of June, 2025.

Kymberly K. Evanson
United States District Judge