UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN and DRYER GROUP INC, | CASE NO. C23-0814-KKE |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE |
| v. | |
| ASH GROVE CEMENT COMPANY, | |
| Defendant. | |

The parties stipulated to a continuance of the trial date and case schedule.  Dkt. No. 71. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date.  The unexpired deadlines in the previous case schedule (Dkt. No. 45) are VACATED.  The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date and consistent with the Court's standard case schedule.  *See* Dkt. No. 18.

If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE - 1

Dated this 25th day of March, 2026.

Kymberly K. Evanson
United States District Judge