UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INDUSTRIAL KILN and DRYER GROUP INC,

Plaintiff,

v.

ASH GROVE CEMENT COMPANY,

Defendant.

CASE NO. C23-0814-KKE

ORDER DENYING MOTION TO AMEND THE CASE SCHEDULE

This matter comes before the Court on the parties' stipulated motion to amend the case schedule. Dkt. No. 83. The parties request a one-month extension of the deadlines for discovery and dispositive motions. *Id.* at 2. However, this case is set for trial on January 19, 2027. Dkt. No. 73. And the parties' proposed amendments would not comply with the setoffs set forth in the Court's civil case procedures, which require that discovery be complete no later than five months before trial and dispositive motions be filed no later than four months before trial. *See* Dkt. No. 18 at 3.

If the parties require additional time for discovery or dispositive motions, they must move for a continuance of the trial date and related pre-trial deadlines. Should the parties elect to do so,

they should contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date, before filing a stipulated motion to continue.

Dated this 3rd day of August, 2026.

Kymberly K. Evanson
United States District Judge