UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN and DRYER GROUP INC,<br>Plaintiff,<br>v.<br>ASH GROVE CEMENT COMPANY,<br>Defendant. | CASE NO. C23-0814-KKE<br><br>ORDER GRANTING ASH GROVE CEMENT COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE "LIMITATION OF DAMAGES" PROVISION |

This matter comes before the Court on Defendant Ash Grove Cement Company's ("Ash Grove") Motion for Partial Summary Judgment re "Limitation of Damages" Provision against Plaintiff Industrial Kiln & Dryer Group, Inc. ("IKD"). Dkt. No. 81. Ash Grove seeks a ruling that its asserted business interruption damages are covered by a liability policy issued to IKD by The Charter Oak Fire Insurance Company and are therefore recoverable from IKD in the event liability and damages are proven at trial pursuant to a provision in the parties' contract that makes such damages recoverable to the extent "payable by [IKD's] applicable insurance." Dkt. No. 81 at 2 (citing Dkt. No. 80 at 27).

IKD filed a response, indicating it agrees the damages are covered by the insurance policy and thus does not oppose Ash Grove's motion. Dkt. No. 85. But IKD clarified that it nevertheless

denies all liability to Ash Grove related to the purported "kiln drop" and "brick collapse" events and disputes Ash Grove's calculation of the alleged business interruption damages. *Id.* at 2.

On this understanding—that disputed issues of fact remain with respect to IKD's liability and the calculation of any damages, consequential or otherwise—and having considered the briefs and the relevant record, the Court GRANTS Ash Grove's Motion for Partial Summary Judgment re "Limitation of Damages" Provision. Dkt. No. 81.

Dated this 28th day of August, 2026.

Kymberly K. Evanson
United States District Judge