HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INDUSTRIAL KILN & DRYER GROUP, INC., a Kentucky corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASH GROVE CEMENT COMPANY, a Delaware corporation,<br><br>Defendants. | **NO. 2:23-cv-00814-KKE**<br><br>**INDUSTRIAL KILN & DRYER GROUP, INC. AND ASH GROVE CEMENT COMPANY'S STIPULATED MOTION FOR DISMISSAL AND ORDER** |

## I. STIPULATION

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff/Counterclaim-Defendant Industrial Kiln & Dryer Group, Inc. ("Industrial Kiln") and Defendant/Counterclaim-Plaintiff Ash Grove Cement Company (collectively "Parties"), by and through their respective attorneys of record, stipulate to dismissal of the above-captioned action with prejudice and without costs to any party. A proposed order is enclosed hereto.

///

///

///

///

Dated: September 11, 2026

AHLERS CRESSMAN & SLEIGHT, PLLC

By: *__/s/ Lindsay Watkins__*
Lindsay Watkins, WSBA #43012
Margarita M. Kutsin, WSBA #56092
Attorneys for Defendant
1325 Fourth Avenue, Suite 1850
Seattle, WA 98101
(206) 287-9900
lindsay.watkins@acslawyers.com
margarita.kutsin@acslawyers.com

GORDON REES SCULLY MANSUKHANI, LLP

By: *__/s/ Meredith L. Thielbahr__*
Meredith L. Thielbahr WSBA # 41746
Attorneys for Plaintiff
701 5th Avenue, Suite 2100
Seattle, WA 98104, (206) 695-5100
mthielbahr@grsm.com

## II. ORDER

The Court GRANTS the parties' stipulated motion to dismiss. Dkt. No. 90.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims in the above-entitled matter are hereby dismissed with prejudice and without costs and attorneys' fees assessed against any party.

DATED this 15th day of September, 2026.

Kymberly K. Evanson
United States District Judge